UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL V. MARCHIONE,

    Plaintiff,

v.                                Case No. 3:22cv632-LC-HTC

CENTAURIUM HEALTHCARE and
 DOCTOR I,

    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on January 24, 2022 (ECF No. 3).  The court furnished Plaintiff a copy of the Report and Recommendation and afforded him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this order.

2. The clerk of court is directed to TRANSFER this case to the United States District Court for the Middle District of Florida.

3. The clerk of court is directed to close this case file in the Northern District.

**DONE AND ORDERED** this 7th day March of 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv632-LC-HTC